## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-cv-60497-ALTMAN/Hunt

**WALTER L. LARZIK**,

 *Plaintiff*,

*v.*

**NATIONAL CAR CURE LLC**, *et al.*,

 *Defendant*.

_____/

### ORDER

The parties filed a Notice of Settlement [ECF No. 10]. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **May 3, 2021**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19th day of March 2021.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record